Carl Thomas STURDIVANT,
Plaintiff–Appellant,

v.

KONE INCORPORATED,
Defendant–Appellee.

No. 10–1172.

United States Court of Appeals,
Fourth Circuit.·

Submitted: March 29, 2010.

Decided: April 12, 2010.

Carl Thomas Sturdivant, Charlotte, North Carolina, for Appellant. James Michael Honeycutt, Fisher & Phillips, LLP, Charlotte, North Carolina, for Appellee.

Before WILKINSON, NIEMEYER, and DUNCAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carl Thomas Sturdivant seeks to appeal the district court's orders: denying his motion for judicial disqualification and/or recusal; dismissing his appeal of an order granting the Defendant's motion to compel; and denying his motion to amend the complaint. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Sturdivant seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny the motion for stay pending appeal and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*